#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GABRIEL MCMORLAND,<br><br>   Plaintiff,<br><br>v.<br><br>LACOSTE USA, INC.,<br><br>   Defendant. | Case No. 2:24-cv-00143-MRH |

#### NOTICE OF SETTLEMENT

    COMES NOW Plaintiff Gabriel McMorland, by and through her undersigned counsel, and hereby advises this Honorable Court that she has reached an agreement in principle with Defendant, Lacoste USA, Inc. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within forty-five (45) days.

Dated: February 23, 2024　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ R. Bruce Carlson
　　　　　　　　　　　　　　　　　　R. Bruce Carlson
　　　　　　　　　　　　　　　　　　**CARLSON BROWN**
　　　　　　　　　　　　　　　　　　222 Broad St.
　　　　　　　　　　　　　　　　　　PO Box 242
　　　　　　　　　　　　　　　　　　Sewickley, PA 15143
　　　　　　　　　　　　　　　　　　bcarlson@carlsonbrownlaw.com
　　　　　　　　　　　　　　　　　　(724) 730-1753

　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*